24 So.2d 449

### Grace STEPHENS v. Charlie STEPHENS.

#### I Div. 251.

Supreme Court of Alabama.

Jan. 17, 1946.

J. D. Ratcliffe and Barnett, Bugg & Lee, all of Monroeville, for petitioner.

C. L. Hybart and R. L. Jones, both of Monroeville, opposed.

GARDNER, Chief Justice.

Petition of Charlie Stephens for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Stephens v. Stephens, 24 So.2d 447.

Writ denied.

BROWN, LIVINGSTON, and SIMPSON, JJ., concur.